**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00456-BNB

(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

VINCENT E. LOGGINS, #50381,

    Applicant,

v.

HONORABLE JUDGE JULIE G. MARSHALL,

    Respondents.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   _X_   is missing certificate showing current balance in prison account (account statement must be certified by appropriate official at Applicant's facility)
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner

(7)    __     is not on proper form (must use the court's current form)
(8)    __     names in caption do not match names in caption of complaint, petition or habeas application
(9)    _X_    other: <u>Motion is necessary only if $5.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application**:
(10)   __     is not submitted
(11)   __     is not on proper form (must use the court's current form)
(12)   __     is missing an original signature by the prisoner
(13)   __     is missing page nos. __
(14)   __     uses et al. instead of listing all parties in caption
(15)   __     names in caption do not match names in text
(16)   __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)   __     other: _____

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED February 23, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge